IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:17-cr-312-DPM-15

KATHRYN ALDRIDGE                                            DEFENDANT

### ORDER

Motion to reduce sentence, *Doc. 985*, denied. The Court commends Aldridge on her good progress and encourages her to continue redeeming her time in prison. But Aldridge already received any applicable benefit from the First Step Act because she was sentenced in 2019, after it went into effect. Further, to the extent she requests compassionate release, rehabilitation alone can't support that request. 28 U.S.C. § 994(t). Aldridge must press on and continue serving her sentence.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2021